UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
MAXINE MORGAN, *individually and on behalf of others similarly situated*,

    Plaintiff,

v.

TEMPOE, LLC, WHYNOTLEASE IT, LLC, WHYNOT LEASING, LLC, HOME SWEET HOME FURNITURE, CORP., ORLANDO ZAYAS, ALEX RABINOVICH, and JOHN DOES 1-10,

    Defendants.
---------------------------------X

1:17-CV-54-JBW-RML

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2017 ★
BROOKLYN OFFICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff MAXINE MORGAN and Defendant TEMPOE, LLC f/k/a WhyNot Leasing, LLC d/b/a WhyNotLeaseIt stipulate, and the Court hereby orders as follows:

1.    The dispute between the parties has been resolved; therefore, the claims asserted by Plaintiff MAXINE MORGAN, against Defendants, TEMPOE, LLC, WHYNOTLEASEIT, LLC, WHYNOT LEASING, LLC, HOME SWEET HOME FURNITURE, CORP., ORLANDO ZAYAS, ALEX RABINOVICH, and JOHN DOES 1-10 in the above-captioned proceeding are hereby dismissed ***with prejudice***, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2.    Each party is to bear its respective costs and attorneys' fees.

DATED: ~~July~~ August 15, 2017

Respectfully submitted,

/s/ Shawn Cohen
Shawn Cohen, Esq.
Lesa Pascal, Esq.
CHARLES, PASCAL, COHEN P.C.
405 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 522-0677
Facsimile: (516) 706-1978
Email: scohen@cpcohen.com
Email: lpascal@cpcohen.com

*Attorneys for Plaintiff*
*Maxine Morgan*

AGREED TO:

/s/ Joshua S. Paster
Joshua S. Paster
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
Email: jpaster@hunton.com

- and -

Eric R. Hail (*admitted pro hac vice*)
HUNTON & WILLIAMS LLP
1445 Ross Ave., Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Facsimile: (214) 880 0011
Email: ehail@hunton.com

-and-

Neil K. Gilman (*admitted pro hac vice*)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1674
Facsimile: (202) 862-3629
Email: ngilman@hunton.com

*Counsel for Defendant*
*TEMPOE, LLC*

[Handwritten: close the case so ordered /s/ JBW 8/16/17]

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on ~~July~~ August 15, 2017, I served the foregoing on all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

/s/ Shawn Cohen
Shawn Cohen